FILED: August 28, 2013

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 13-6607
(4:07-cr-00026-BR-1)
(4:12-cv-00165-BR)
(5:07-cr-00060-BR-1)
(5:12-cv-00488-BR)
_____

UNITED STATES OF AMERICA

      Plaintiff - Appellee

v.

FRANKIE CORNELL ELLIS, JR., a/k/a Nitty

      Defendant - Appellant

_____

J U D G M E N T
_____

In accordance with the decision of this court, a certificate of appealability is denied and the appeal is dismissed.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK